Pam Bassel
Chapter 13 Standing Trustee
860 Airport Freeway, Ste 150
Hurst, TX 76054
Telephone: (817) 916-4710

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| IN RE: Kirk Gavin Word | CASE NO: 22-40070-ELM |
|---|---|
| Debtor | |

## NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.

Disposition of Case: Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| Kirk Gavin Word<br>1304 Wilshire Blvd<br>Arlington, TX  76012 | 08/30/2022 | $5,270.88 |

/s/  Pam Bassel
Standing Chapter 13 Trustee

**NOTICE TO DEBTOR:**  IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE **NOT** ENTITLED TO THESE FUNDS.

Go to http://www.txnb.uscourts.gov/unclaimed-funds for the U.S. Bankruptcy Unclaimed Funds Locator.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed to the following named Debtor and creditor by U.S. First Class mail and served electronically on the Debtor's attorney, the United States Trustee and any other party who requested notice electronically on December 13, 2022.

/s/  Pam Bassel
Standing Chapter 13 Trustee

Kirk Gavin Word
1304 Wilshire Blvd
Arlington, TX  76012

Pam Bassel
**Chapter 13 Standing Trustee**
860 Airport Freeway, Ste 150
Hurst, TX 76054
Telephone: (817) 916-4710

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE:  Kirk Gavin Word | CASE NO: 22-40070-ELM |
| **Debtor** | |

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.

Disposition of Case:  Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| Kirk Gavin Word<br>1304 Wilshire Blvd<br>Arlington, TX  76012 | 08/30/2022 | $5,270.88 |

/s/  Pam Bassel
Standing Chapter 13 Trustee

**NOTICE TO DEBTOR:**  IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE **NOT** ENTITLED TO THESE FUNDS.

Go to http://www.txnb.uscourts.gov/unclaimed-funds for the U.S. Bankruptcy Unclaimed Funds Locator.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed to the following named Debtor and creditor by U.S. First Class mail and served electronically on the Debtor's attorney, the United States Trustee and any other party who requested notice electronically on December 13, 2022.

/s/  Pam Bassel
Standing Chapter 13 Trustee

Kirk Gavin Word
1304 Wilshire Blvd
Arlington, TX  76012