**DAVIS, ERMIS & ROBERTS, P.C.,**
1521 N. Cooper Street, Suite 860
Arlington, Texas 76011
(972) 263-5922 Telephone
(972) 262-3264 Facsimile
Attorney for

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-40070-ELM-13 |
| | § | |
| KIRK GAVIN WORD | § | Chapter 13 |
| | § | |
| | § | |
| DEBTORS | § | |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the Debtor's address has changed. The new information is set out below:

Address: 1203 Baylor St.
Austin, TX 78703

Effective Date: December 16, 2022

Respectfully submitted,

/s/ Craig D. Davis
RONALD W. ROBERTS
State Bar No. 17018600
CRAIG D. DAVIS
State Bar No. 00793588
JEFFREY W. ERMIS
State Bar No. 24032159
1521 N. Cooper Street, Suite 860
Arlington, Texas 76011
(972) 263-5922 Telephone
(972) 262-3264 Facsimile

CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that the foregoing notice was served on December 16, 2022 on the parties of interest.

    /s/ Craig D. Davis
RONALD W. ROBERTS
CRAIG D. DAVIS
JEFFREY W. ERMIS